IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAFARI CLUB INTERNATIONAL | ) ) ) ) | Case No. 11-cv-01564(BAH) |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| KEN SALAZAR, *et al.* | ) ) |  |
| Defendants. | ) ) ) |  |
| _____ | ) |  |

**SAFARI CLUB INTERNATIONAL MOTION FOR A PRELIMINARY INJUNCTION**

Safari Club International ("Safari Club") moves for a preliminary injunction against the enforcement of endangered status for the U.S. non-native captive herds of the scimitar-horned oryx, dama gazelle and addax. In this motion, the Memorandum of Points and Authorities in Support of this motion and in the accompanying exhibits, Safari Club establishes that1) it is likely that Safari Club will succeed on the merits of its underlying challenge to the legality of the U.S. Fish and Wildlife Service's decision to include those U.S. non-native captive populations in the endangered classification of the three species generally; 2) it is likely that Safari Club will suffer irreparable harm if the preliminary relief is not granted; 3) the balance of harms weighs in favor of injunctive relief; and 4) the public interest will be served by the requested preliminary injunction.

In accordance with local rules, Safari Club's counsel has consulted with counsel for Federal Defendants to ascertain Federal Defendants' position on this motion. Safari Club has been informed that Federal Defendants oppose this motion and the requested relief.

Dated this 8th day of March, 2012.

                                      Respectfully submitted

                                      /s/ Anna M. Seidman
                                      Anna M. Seidman
                                      Safari Club International
                                      501 2nd Street NE
                                      Washington, D.C. 20002
                                      Tel: 202-543-8733
                                      Fax: 202-543-1205
                                      aseidman@safariclub.org
                                      *Counsel for Plaintiff Safari Club International*