# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>     Plaintiff,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:11-cv-01564-BAH |
| OWEN, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:12-cv-00194-BAH<br>(Consolidated Cases) |

## NOTICE OF RELATED CASES

Federal Defendants hereby provide notice to the Court and Plaintiffs of the filing of

another case in this Court that may be related to Safari Club International's case.  On Friday,

March 2, 2012, Exotic Wildlife Association and a number of individuals filed a complaint

challenging a final rule issued by the U.S. Fish and Wildlife Service ("the Service") removing a

regulation as of April 4, 2012 that exempts certain otherwise-prohibited activities with respect to

U.S. captive-bred scimitar-horned oryx, addax, and dama gazelle, which are listed as endangered species under the Endangered Species Act. *Exotic Wildlife Association, et al. v. U.S. Department of the Interior, et al.*, 1:12-cv-00340-RBW (D.D.C.).  On March 6, 2012, the plaintiffs in the new case filed a motion for preliminary injunction to enjoin the Service from enforcing or implementing the rule. *Id.* (ECF No. 3).  The Safari Club International case challenges the Service's 2005 final rule listing these same three antelope species as endangered.  Safari Club International also moved for preliminary injunction yesterday.  ECF No. 26.  Safari Club International is seeking "to enjoin the enforcement of endangered species status for U.S. non-native captive herds of [the] three antelope species" because of the impending removal of the exemption on April 4.  ECF No. 26-1 at 1.  Thus, while the cases challenge different rules and will be based on different administrative records, they involve the same defendants, overlapping plaintiffs, and common issues of fact. *See* Local Civil Rule 40.5(a)(3).  Accordingly, we are providing the Court notice and have filed a similar notice in the other case.

Dated: March 9, 2012                                  Respectfully submitted,

                                                      IGNACIA S. MORENO
                                                      Assistant Attorney General
                                                      Environment & Natural Resources Division

                                                      SETH M. BARSKY, Section Chief
                                                      S. JAY GOVINDAN, Asst. Section Chief

                                                      */s/ Meredith L. Flax*
                                                      MEREDITH L. FLAX
                                                      Sr. Trial Attorney (D.C. Bar No. 468016)
                                                      U.S. Department of Justice
                                                      Environment & Natural Resources Division
                                                      Wildlife & Marine Resources Section
                                                      Ben Franklin Station, P.O. Box 7611
                                                      Washington, D.C. 20044-7369
                                                      Telephone: (202) 305-0404
                                                      Facsimile: (202) 305-0275

Meredith.Flax@usdoj.gov

***Attorneys for Federal Defendants***