IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAFARI CLUB INTERNATIONAL | ) ) ) ) | Case No. 11-cv-01564(BAH) |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| KEN SALAZAR, *et al.* | ) ) |  |
| Defendants. | ) ) ) |  |

**SAFARI CLUB INTERNATIONAL'S STATEMENT
OF POSITION ON POSSIBLE RELATED CASE**

Safari Club International ("Safari Club") takes no position on whether the case of *Exotic Wildlife Association, et al. v. U.S. Department of the Interior, et al.*, 1:12-cv-00340-RBW (D.D.C.) is related to the above caption-matter, other than to request that, if the Court deems it necessary to consolidate the two cases, that the consolidation be carried out without delaying the court's expedited review of Safari Club's motion for a preliminary injunction, including the current briefing deadlines and the scheduling of any hearing on the motion.

Dated this 12th day of March, 2012.

                Respectfully submitted

                /s/ Anna M. Seidman
                Anna M. Seidman
                Safari Club International
                501 2nd Street NE
                Washington, D.C.  20002
                Tel:  202-543-8733
                Fax:  202-543-1205

aseidman@safariclub.org
*Counsel for Plaintiff Safari Club International*

**CERTIFICATE OF SERVICE**

   I hereby certify that I caused copies of this Notice of Position on Possible Related Case is being served on the following via the court's ECF system:

Meredith L. Flax
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Meredith.Flax@usdoj.gov
*Counsel for Federal Defendants*

Michael Ray Harris
Environmental Law Clinic
Ricketson Law Building
University of Denver Sturm College of Law
2255 E. Evans Avenue, Suite 335
Denver, CO 80208
elc@law.du.edu
*Counsel for Proposed Intervenors Friends of Animals*

William S. Eubanks II
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, D.C. 20009
beubanks@meyerglitz.com
*Counsel for Proposed Intervenors Defenders of Wildlife et al.*

Dated this 12th day of March, 2012.

               Respectfully submitted

               /s/ Anna M. Seidman_____
               Anna M. Seidman
               D.C. Bar No. 417091
               Douglas S. Burdin
               D.C. Bar No. 434107
               Safari Club International
               501 2nd Street NE
               Washington, D.C.  20002
               Tel:  202-543-8733
               Fax:  202-543-1205
               aseidman@safariclub.org