# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SALAZAR, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| TERRY OWEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | 1:11-cv-01564-BAH |
| ) | |
| v. ) | Hon. Beryl A. Howell |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| EXOTIC WILDLIFE ASSOCIATION, *et al* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO SAFARI CLUB INTERNATIONAL'S MOTION FOR STAY**

On March 16, 2012, Plaintiff Safari Club International (SCI) filed a Motion for Stay, asking this Court to stay summary judgment briefing until 14 days after an order is issued on SCI's Motion for a Preliminary Injunction.[1] Plaintiffs, the Exotic Wildlife Association, Chase Akin, Galen Akin, Karlton Beal, Eddy Blassingame, Randy Bruno, Terry Caffey, Lynn Follis, Ronald Garison, Joe Green, Nancy Green, Randal Jacoby, Dorothy Lea, Roy Leifester, Stanley Mayfield, Alvin New, Terry Owen, Ed Valicek, and Keith Wallace (collectively "the Owen Plaintiffs"), have conferred with counsel for the Government and for SCI, and support SCI's motion for a stay.

To ensure judicial economy and avoid needless complication, the Owen Plaintiffs request that the scheduling for SCI and Owen, et al., remain consistent. Thus, if this Court grants SCI's Motion to Stay, both SCI's and the Owen Plaintiffs' motions for summary judgment will be due 14 days after any order on SCI's motion for a preliminary injunction.

The recently consolidated case *Exotic Wildlife Association et al. v. Department of Interior*[2] currently has no briefing schedule. For the same reasons of judicial economy, Plaintiffs in this newly consolidated case, ask this Court to order the same schedule for briefing for the filing of the reply for the preliminary injunction motion as the schedule

---

[1] Doc. 32.
[2] Formerly case No. 1:12-cv-00340, consolidated with this Case by the Court's order of March 16, 2012 (Doc. No. 30).

2

for the SCI case.  Under that schedule, Exotic Wildlife Association's reply brief on the preliminary injunction would be due on Friday, March 23, 2012.[3]

                          Respectfully submitted,

                          _s/ Nancie G. Marzulla_
                          Nancie G. Marzulla
                          Roger J. Marzulla
                          MARZULLA LAW, LLC
                          1150 Connecticut Ave., N.W.
                          Suite 1050
                          Washington, DC 20036
                          (202) 822-6760
                          (202) 822-6774 (facsimile)

Date:  March 19, 2012                  Counsel for Plaintiffs

---

[3] Counsel for EWA and the Government have conferred and will be proposing a schedule for this case that will be filed shortly (and will be distinct from the schedule in SCI/Owen.).