UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 11-cv-01564 (BAH)<br>Judge Beryl A. Howell |
| OWEN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 12-cv-00194 (BAH)<br>Judge Beryl A. Howell |
| EXOTIC WILDLIFE ASSOCIATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 12-cv-00340 (BAH)<br>Judge Beryl A. Howell<br>(Consolidated Cases) |

**ORDER**

Upon consideration of the pending Motions for a Preliminary Injunction filed by the plaintiffs in *Safari Club International v. Salazar, et al.*, Case No. 11-cv-01564, ECF No. 26, and

1

*Exotic Wildlife Association, et al. v. United States Department of the Interior, et al.*, Case No. 12-cv-00340, ECF No. 3, the legal memoranda submitted in support and in opposition to the motions, the accompanying exhibits and declarations, and the applicable law, it is hereby

**ORDERED** that, for the reasons explained in the accompanying Memorandum Opinion, the Motion for a Preliminary Injunction filed by the plaintiff in *Safari Club International v. Salazar, et al.*, Case No. 11-cv-01564, ECF No. 26, is DENIED; and it is further

**ORDERED** that the Motion for a Preliminary Injunction filed by the plaintiffs in *Exotic Wildlife Association, et al. v. United States Department of the Interior, et al.*, Case No. 12-cv-00340, ECF No. 3, is DENIED.

**SO ORDERED**.

**DATED:** April 3, 2012

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge