**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:11-cv-1564 BAH |
| | ) | |
| KEN SALAZAR, *et al.*, | ) | (consolidated with cases |
| | ) | 1:12-cv-00194-BAH and |
| Defendants. | ) | 1:12-cv-00340-BAH) |
| | ) | |
| TERRY OWEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| EXOTIC WILDLIFE ASSOCIATION, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE IN SUPPORT OF FRIENDS OF ANIMALS' MOTION TO DISMISS *EWA v. DEPT. OF THE INTERIOR*, CIV. NO. 1:12-cv-00340, BY DEFENDERS OF WILDLIFE**

On March 23, 2012, the Court granted intervention to Defenders of Wildlife ("Defenders"), see ECF 41 & 42, and instructed that Defenders "shall be [a] defendant-

intervenor[] with respect to the consolidated case as a whole." ECF 41 at 2. That same day, the Court entered the filing of Intervenor Friends of Animals' ("FOA") Motion to Dismiss one of the cases consolidated here – Exotic Wildlife Association v. Dept. of the Interior, Civ. No. 1:12-cv-00340. See FOA Motion to Dismiss, ECF 47. For the various reasons outlined in that motion, FOA seeks to dismiss that entire case pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief may be granted.

Defenders hereby represents that it fully supports FOA's motion to dismiss, and respectfully requests an opportunity to file a reply brief by May 25, 2012 pursuant to the schedule imposed by the Court. See March 29, 2012 Minute Order (approving schedule whereby any reply brief filed by Intervenor FOA on the motion to dismiss would be due by May 25, 2012).[1]

Respectfully Submitted,

/s/ William S. Eubanks II
_____
William S. Eubanks II (D.C. Bar No. 987036)
Katherine A. Meyer (D.C. Bar No. 244301)
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, D.C. 20009
(202) 588-5206 / (202) 588-5049 (fax)
beubanks@meyerglitz.com
kmeyer@meyerglitz.com

Counsel for Defenders, HSUS, and Born Free USA

---

[1] Defenders is also joined in the brief by proposed intervenors The Humane Society of the United States and Born Free USA, which, along with Defenders, have petitioned the Court for reconsideration of the denial of their intervention. See ECF 49 & 60.