**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| KEN SALAZAR, et al., | ) | |
| Defendants. | ) | |
| TERRY OWEN, et al., | ) | |
| Plaintiffs, | ) | 1:11-cv-01564-BAH |
| v. | ) | (consolidated with cases 1:12-cv-00194-BAH and 1:12-cv-00340-BAH) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) | |
| Defendants. | ) | |
| EXOTIC WILDLIFE ASSOCIATION, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiffs, the Exotic Wildlife Association, Charly Seale, Eddy Blassingame, Terry Caffey, Ray Dockery, Joe Green, Nancy Green, Roy Leifester, Thomas Oates, and Ed Valicek

(collectively, the Exotic Wildlife Ranchers) ask this Court for a two-day enlargement of time from today, April 27, 2012, until May 1, 2012, to supplement the administrative record in this administrative review case.  The Government does not oppose the motion.  Intervenor-Defendants Born Free USA, Defenders of Wildlife, and the Humane Society of the United States take no position.  The Exotic Wildlife Ranchers were unable to reach counsel for Intervenor-Defendants Friends of Animals.

On March 28, 2012, the parties jointly filed a proposed briefing schedule.[1]  On March 29, 2012, this Court issued a scheduling order based on that joint briefing schedule.[2]  That order required the parties to make any motions to supplement the administrative record by April 27, 2012.

The Exotic Wildlife Ranchers have identified additional material that they believe should be included in the administrative record and have contacted the Government to discuss the matter.  However, Counsel for the Government has advised the Exotic Wildlife Ranchers that she needs additional time to discuss the supplementation with the agency, the United States Fish and Wildlife Service.

Accordingly, the Exotic Wildlife Ranchers request a two-day enlargement of time to file any motion to supplement the administrative record from today, April 27, 2012 to May 1, 2012.

Respectfully submitted,

/s/ Nancie G. Marzulla
Nancie G. Marzulla
D.C. Bar No. 400985
Roger J. Marzulla
D.C. Bar No. 394907
MARZULLA LAW, LLC

---

[1] Notice of Proposed Briefing Schedule, *Exotic Wildlife Association v. U.S. Dept. of Interior*, No. 11-1564 (D.D.C. Mar. 28, 2012), Doc. 50.

[2] Minute Order on Briefing Schedule, *Exotic Wildlife Association v. U.S. Dept. of Interior*, No. 11-1564 (D.D.C. Mar. 29, 2012).

            1150 Connecticut Avenue, NW
            Suite 1050
            Washington, D.C.  20036
            (202) 822-6760 (telephone)
            Nancie@marzulla.com
            Roger@marzulla.com

Dated: April 27, 2012       Counsel for Plaintiffs