UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>      Plaintiff,<br><br>      v.<br><br>KEN SALAZAR, Secretary of the Interior, *et al.*,<br><br>      Defendants. | Civil No. 11-cv-01564 (BAH) |
| OWEN, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>      Defendants. | Civil No. 12-cv-00194 (BAH) |
| EXOTIC WILDLIFE ASSOCIATION, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>      Defendants. | Civil No. 12-cv-00340 (BAH)<br>(Consolidated Cases) |

**NOTICE OF FILING ANSWER**

Defendants, United States Department of the Interior; Kenneth Salazar, in his official capacity as Secretary of the United States Department of the Interior; and Daniel Ashe, Director of the United States Fish and Wildlife Service, (collectively "Defendants") hereby provide notice that today they filed an Answer to Exotic Wildlife Association, *et al.*'s Complaint for Declarative and Injunctive Relief in the Civil Action No. 12-cv-00340 in that case number per the instruction of the Court's ECF Help Desk staff.

| | |
|---|---|
| May 1, 2012 | Respectfully submitted, |
| | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| | SETH M. BARSKY, Section Chief<br>S. JAY GOVINDAN, Asst. Section Chief |
| | /s/ Meredith L. Flax<br>MEREDITH L. FLAX<br>Sr. Trial Attorney (D.C. Bar No. 468016)<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 305-0404<br>Facsimile: (202) 305-0275<br>Meredith.Flax@usdoj.gov |
| | *Attorneys for Federal Defendants* |