**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Ken Salazar, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 11-cv-01564 (BAH) |
| ) | (consolidated with cases |
| Terry Owen, *et al.* ) | 1:12-cv-00194-BAH and |
| ) | 1:12-cv-00340-BAH) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPT. OF THE INTERIOR, *et. al.* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| EXOTIC WILDLIFE ASSOCIATION, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPT. OF THE INTERIOR, *et. seq.* ) | |
| ) | |
| Defendants. ) | |

**FRIENDS OF ANIMALS' CROSS-MOTION FOR SUMMARY JUDGMENT
(EWA V. DOI)**

Defendant-intervenor Friends of Animals ("FoA") moves for summary judgment. This motion is supported by the memorandum in support filed concurrently herewith, along with all other previously filed pleadings in the action.

The Court should deny Plaintiffs Motion for Summary Judgment, and grant Friends of Animals' Cross-Motion for Summary Judgment because Plaintiffs have failed to demonstrate Article III standing necessary to bring this action. Even taking all of Plaintiffs' allegation in their Complaint and Motion for Summary Judgment as true, Plaintiffs have not demonstrated that the Fish and Wildlife Service's ("FWS") regulatory actions have caused injury-in-fact to them that could be redressed by the Court.

Dated this 25th day of May, 2012.

Respectfully Submitted,

/s/ Michael Ray Harris
Michael Ray Harris (DC Bar # CO0049)
Environmental Law Clinic

University of Denver Sturm College of Law
2255 E. Evans Avenue, Suite 335
Denver, CO 80208
Phone: (303) 871-6140
Fax: (303) 871-6847
elc@law.du.edu

Attorney for Defendant-Intervenor
Friends of Animals

## CERTIFICATE OF SERVICE

I certify that on April 27, 2012, I electronically filed the foregoing **FRIENDS OF ANIMALS' CROSS MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Meredith Flax, meredith.flax@usdoj.gov
Counsel for the Fish and Wildlife Service

Nancie G. Marzulla, Marzulla Law, nancie@marzulla.com
Counsel for EWA et al.

and

Anna M. Seidman, aseidman@safariclub.org
Counsel for the Safari Club


Dated this 25th day of May, 2012.

                                                              /s/  Michael Harris