**FILED**

JUN 1 3 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEN SALAZAR, Secretary of the Interior, *et al.*, ) <br> ) <br> Defendants. ) | Civil No. 11-cv-01564 (BAH) |
| TERRY OWEN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, *et al.*, ) <br> ) <br> Defendants. ) | Civil No. 12-cv-00194 (BAH) |
| EXOTIC WILDLIFE ASSOCIATION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, *et al.*, ) <br> ) <br> Defendants. ) | Civil No. 12-cv-00340 (BAH) <br> (Consolidated Cases) |

### ORDER

The terms and conditions of the Parties' Stipulated Settlement Agreement are hereby adopted as an ORDER of this Court, and Count V in Safari Club International's Complaint in Civil No. 11-cv-01564 (BAH) and all Claims for Relief and Prayers for Relief in Terry Owen, et al.'s Complaint in Civil No. 12-cv-00194 (BAH) are hereby DISMISSED WITH PREJUDICE.

Dated: this 12 day of June, 2012.

_____
BERYL A. HOWELL
United States District Judge