UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 11-cv-01564 (BAH) |
| KEN SALAZAR, Secretary of the Interior, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| TERRY OWEN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 12-cv-00194 (BAH) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| EXOTIC WILDLIFE ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 12-cv-00340 (BAH) (Consolidated Cases) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**FEDERAL DEFENDANTS' RESPONSE TO
NOTICE OF SUPPLEMENTAL AUTHORITY**

Federal Defendants Ken Salazar, in his official capacity as Secretary of the Department of the Interior, Daniel Ashe, in his official capacity as Director of the U.S. Fish and Wildlife Service ("Service"), and the Service, submit the following response to Intervenor-Defendant Friends of Animals' Notice of Supplemental Authority filed on June 8, 2012 (ECF No. 92), which concerns a recent decision by the U.S. Court of Appeals for the D.C. Circuit in *American Petroleum Instit. v. EPA*, --- F.3d ----, No. 09-1038, 2012 WL 2053572 (D.C. Cir. Jun. 8, 2012) ("*API*").  Federal Defendants do not believe the *API* decision established a new precedent, but rather confirms that courts have discretion to refuse to exercise jurisdiction under the doctrine of "prudential ripeness" where doing so will, for example, allow the administrative process to run its course, to conserve judicial resources, and/or to allow the challenging party to convince the agency to correct a mistake.  *API*, 2012 WL 2053572, at *3-4.  Here, the Service has committed to completing a 90-day finding on Plaintiff Safari Club International's petition to delist the U.S. captive herds of the Three Antelope species (the scimitar-horned oryx, addax, and dama gazelle) by August 31, 2012 pursuant to its obligation under the Endangered Species Act ("ESA"), 16 U.S.C. § 1533(b)(3)(A).  ECF No. 94.  The Service has also committed to completing a 12-month finding on the petition by May 31, 2013, pursuant to 16 U.S.C. § 1533(b)(3)(B), if it makes a positive 90-day finding, i.e., "the petition presents substantial scientific or commercial information indicating that the petitioned action may be warranted." *Id.*  Because Safari Club International petitioned for delisting of only a portion of the listed entity, the Service will have to address in the finding whether it can confer a different status on the U.S. captive herds of the Three Antelope species under the ESA, an issue that is at the heart of Plaintiff's challenge to the Service's decision to include U.S. captive herds of these species in the 2005 listing.  While

1

Federal Defendants would not object to the Court delaying its review to wait for the completion of the 90-day finding, they do not believe doing so is necessary because the Service's decision to list was rational and supported by the administrative record, as explained in detail in Federal Defendants' summary judgment briefs.

June 22, 2012　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　IGNACIA S. MORENO
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division

　　　　　　　　　　　　　　　　　　　　SETH M. BARSKY, Section Chief
　　　　　　　　　　　　　　　　　　　　S. JAY GOVINDAN, Asst. Section Chief


　　　　　　　　　　　　　　　　　　　　*/s/ Meredith L. Flax*
　　　　　　　　　　　　　　　　　　　　MEREDITH L. FLAX
　　　　　　　　　　　　　　　　　　　　Sr. Trial Attorney (D.C. Bar No. 468016)
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　　　　Wildlife & Marine Resources Section
　　　　　　　　　　　　　　　　　　　　Ben Franklin Station, P.O. Box 7611
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044-7611
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 305-0404
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 305-0275
　　　　　　　　　　　　　　　　　　　　Meredith.Flax@usdoj.gov

　　　　　　　　　　　　　　　　　　　　***Attorneys for Federal Defendants***

Of counsel:

Holly Wheeler
Fatima Ahmad
Linus Chen
U.S. Department of the Interior
Office of the Solicitor
Washington, D.C.