# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL<br><br>Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, *et al.*<br>Defendants.<br>_____ | Case No. 11-cv-01564(BAH) |
| EXOTIC WILDLIFE ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants.<br>_____ | Civil No. 12-cv-00340 (BAH)<br>(Consolidated Cases) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD APPENDIX**

Pursuant to Local Rule 7(n), Plaintiff Safari Club International hereby files the Administrative Record Appendix in this action, which contains the Administrative Record document that each party has designated for inclusion in the Appendix. All parties to the case of *Safari Club International v. Salazar et al.*, No. 11-cv-01564 (BAH) have reviewed and agreed to the contents of this Appendix.

An index to the Appendix follows.

1

Filed this 27th day of June, 2012.

                Respectfully submitted,

                */s/ Anna M. Seidman*
                Anna M. Seidman
                Douglas S. Burdin
                Safari Club International
                501 2nd Street, N.E.
                Washington, D.C. 20002
                Telephone: (202) 542-8733
                Facsimile: (202) 543-1205
                aseidman@safariclub.org
                dburdin@safariclub.org

                ***Attorneys for Plaintiff Safari Club International***

Safari Club International v. Salazar *et al.*

Case No. 11-cv-01564- BAH

**ADMINISTRATIVE RECORD APPENDIX INDEX**

| Doc No. | Bates No. begin/end |
|---|---|
| 1 | AR 1.0001 (also noted as 1.001) |
| 2 | AR 2.0002 (also noted as 2.002) |
| 3 | AR 52, 53, 54, 55, 56 |
| 4 | AR 56.001 |
| 5 | AR 65.0005 |
| 6 | AR 82.0010 |
| 7 | AR 82.0012 |
| 8 | AR 82.0019 - 82.0020 |
| 9 | AR 83-108 |
| 10 | AR 109.0002 |
| 11 | AR 134.0001 (also noted as 134.001) |
| 12 | AR 134.0002 (also noted as 134.002) |
| 13 | AR 135.0001 |
| 14 | AR 135.0004 (also noted as 135.004) – 135.0007 |
| 15 | AR 135.0008 |
| 16 | AR 135.0014 |
| 17 | AR 135.0043 |
| 18 | AR 135.0044 |
| 19 | AR 135.0071; AR 135.0076; AR 135.0077; AR 135.0078 |
| 20 | AR 136.0001 |
| 21 | AR 136.0002 |
| 22 | AR 136.0003 |
| 23 | AR 136.0004 – 136.0005 |
| 24 | AR 136.0006 |
| 25 | AR 140.0001 |
| 26 | AR 140.0003 |
| 27 | AR 140.0007 |
| 28 | AR 140.0013 |
| 29 | AR 141 |
| 30 | AR 141.0001 |
| 31 | AR 141.0002 |
| 32 | AR 142; AR 147 |
| 33 | AR 149 |

| Doc No. | Bates No. begin/end |
|---|---|
| 34 | AR 150 |
| 35 | AR 0156 - 0158 |
| 36 | AR 198.0012 - 198.0014 |
| 37 | AR 198.0016 – 198.0019 |
| 38 | AR 199.0002 |
| 39 | AR 199.0004 – 199.0005 |
| 40 | AR 202 |
| 41 | AR 221.0005 - 221.0007 |
| 42 | AR 237.0038; AR 237.0043 – 237.0044 |
| 43 | AR 237.0121 - 237.0122; AR 237.0126 - 237.0128 |
| 44 | AR 237.0155 - 237.0156 |
| 45 | AR 237.0364 - 237.0365 |
| 46 | AR 237.0421; AR 237.0427 - 237.0430; AR 237.0441; AR 237.0687 – 237.0720; AR 237.1293; AR 237.1327 |
| 47 | AR 237.1380 – 237.1392 |
| 48 | AR 0352 - 0353 |
| 49 | AR384.0004; AR 384.0010; AR 384.0013 |
| 50 | AR 384.0032 - 384.0034 |
| 51 | AR 384.0038 – 384.0047 |
| 52 | AR 386 |
| 53 | AR 401.0062 – 401.0329 |
| 54 | AR 1160 - 1172 |
| 55 | AR 1248 |
| 56 | AR 1305 |

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of this Notice of Filing Administrative Record Appendix to be served on the following via the court's ECF system:

Meredith L. Flax
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Meredith.Flax@usdoj.gov
*Counsel for Federal Defendants*

Michael Ray Harris
Environmental Law Clinic
Ricketson Law Building
University of Denver Sturm College of Law
2255 E. Evans Avenue, Suite 335
Denver, CO 80208
elc@law.du.edu
*Counsel for Proposed Intervenors Friends of Animals*

William S. Eubanks II
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NW, Suite 700
Washington, D.C. 20009
beubanks@meyerglitz.com
*Counsel for Proposed Intervenors Defenders of Wildlife et al.*

Dated this 27th day of June, 2012.

    Respectfully submitted,

    /s/ Anna M. Seidman
    Anna M. Seidman
    D.C. Bar No. 417091
    aseidman@safariclub.org

Douglas S. Burdin
D.C. Bar No. 434107
Safari Club International
501 2nd Street NE
Washington, DC  20002
dburdin@safariclub.org
Tel:  202-543-8733
Fax:  202-543-1205