UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior, *et al.*, <br><br> Defendants. | Civil No. 11-cv-01564 (BAH) |
| TERRY OWEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Civil No. 12-cv-00194 (BAH) |
| EXOTIC WILDLIFE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Civil No. 12-cv-00340 (BAH) <br> (Consolidated Cases) |

**NOTICE OF SUBMISSION OF 90-DAY FINDING TO THE FEDERAL REGISTER**

Federal Defendants Ken Salazar, in his official capacity as Secretary of the Interior, U.S. Fish and Wildlife Service ("Service"), U.S. Department of the Interior, and Daniel M. Ashe, in his official capacity as Director of the Service, hereby notify the Court and the parties that today, September 13, 2012, the Service submitted to the Federal Register its 90-day finding, pursuant to 16 U.S.C. § 1533(b)(3)(A), on Plaintiffs' petitions to delist the U.S. captive herds of three African antelope species. The Service's submission of this 90-day finding satisfies the Service's obligations under paragraph 1 of the Stipulated Settlement Agreement between Plaintiffs and Federal Defendants (ECF No. 94), as well as this Court's Minute Orders of September 4 and 7, 2012.

September 13, 2012

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief

/s/ Meredith L. Flax
MEREDITH L. FLAX
Sr. Trial Attorney (D.C. Bar No. 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
Meredith.Flax@usdoj.gov

*Attorneys for Federal Defendants*