UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 11-cv-01564 (BAH) |
| S.M.R. JEWELL, Secretary of the Interior, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| TERRY OWEN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 12-cv-00194 (BAH) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| EXOTIC WILDLIFE ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 12-cv-00340 (BAH) (Consolidated Cases) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Federal Defendants S.M.R. Jewell, in her official capacity as Secretary of the Interior, U.S. Fish and Wildlife Service ("Service"), U.S. Department of the Interior, and Daniel M. Ashe, in his official capacity as Director of the Service, hereby notify the Court and the parties of the D.C. Circuit's recent decision in *Association of Battery Recyclers, Inc. v. EPA*, --- F.3d ---, Nos. 12-1129, 12-1130, 12-1134, 12-1135, 2013 WL 2302713 (D.C. Cir. May 28, 2013). In that case, petitioners challenged the Environmental Protection Agency's ("EPA") revised emission standards for secondary lead smelting facilities.

Of relevance here, the Court held that one of the petitioners, RSR Corporation, lacked prudential standing to challenge EPA's failure to require that more stringent standards be imposed on the company's competitors "because an industry group's interest in 'increasing the regulatory burden on others' falls outside the 'zone of interests' protected by the Clean Air Act." *Ass'n of Battery Recyclers*, 2013 WL 2302713, at *5 (quoting *Cement Kiln Recycling Coalition v. EPA*, 255 F.3d 855, 870 (D.C. Cir. 2001)). In doing so, the Court explained that it had to consider the prudential standing argument even though it was raised only by industry intervenors, since the D.C. Circuit "treats prudential standing as 'a jurisdictional issue which cannot be waived or conceded.'" *Id.* (quoting *Animal Legal Defense Fund, Inc. v. Espy*, 29 F.3d 720, 723 n.2 (D.C. Cir. 1994)).

Of note, Judge Silberman wrote a concurring opinion specifically addressing Judge Kavanaugh's dissent in *Grocery Manufacturers Ass'n v. EPA*, 693 F.3d 169 (D.C. Cir. 2012) and explaining why the D.C. Circuit "ought to be especially hesitant to overturn past precedent on [whether prudential standing is jurisdictional] until the Supreme Court has provided clear guidance." *Id.* at *8.

This decision is relevant to the Court's March 22, 2013 request for supplemental briefing on prudential standing. The decision supports Federal Defendants' position that they could not waive their right to challenge Plaintiffs' prudential standing because prudential standing is a jurisdictional requirement in the D.C. Circuit that was not abrogated by the D.C. Circuit's decision in *Grocery Manufacturers Ass'n*. Fed. Defs.' Response to Plaintiffs' Supplemental Briefs on Prudential Standing (ECF No. 113) at 6.

June 4, 2013                                    Respectfully submitted,

                                IGNACIA S. MORENO
                                Assistant Attorney General
                                Environment & Natural Resources Division
                                SETH M. BARSKY, Section Chief
                                S. JAY GOVINDAN, Assistant Section Chief

                                */s/ Meredith L. Flax*
                                MEREDITH L. FLAX
                                Sr. Trial Attorney (D.C. Bar No. 468016)
                                U.S. Department of Justice
                                Environment & Natural Resources Division
                                Wildlife & Marine Resources Section
                                Ben Franklin Station, P.O. Box 7611
                                Washington, D.C. 20044-7611
                                Telephone: (202) 305-0404
                                Facsimile: (202) 305-0275
                                Meredith.Flax@usdoj.gov

                                ***Attorneys for Federal Defendants***