UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>    Plaintiff,<br><br>    v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, *et al*.,<br><br>    Defendants. | Civil Action No. 11-cv-01564 (BAH)<br>Judge Beryl A. Howell |
| EXOTIC WILDLIFE ASSOCIATION, *et al*.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>    Defendants. | Civil Action No. 12-cv-00340 (BAH)<br>Judge Beryl A. Howell<br>(Consolidated Cases) |

**<u>ORDER</u>**

Upon consideration of the eleven pending motions in this case, the voluminous briefing, including memoranda, exhibits, declarations submitted in support and in opposition, supplementary material submitted by the parties, and the administrative records in both *Safari Club International v. Jewell, et al*. (11-cv-01564) ("SCI Action") and *Exotic Wildlife Association, et al. v. United States Department of the Interior, et al*. (12-cv-00340) ("EWA Action"), and the entire record herein, it is hereby

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, the plaintiff's Motion for Summary Judgment in the SCI Action, ECF No. 45, is **DENIED**; and it is further

**ORDERED** that the Federal Defendants' Cross-Motion for Summary Judgment in the SCI Action, ECF No. 68, is **GRANTED**; and it is further

**ORDERED** that the Intervenor-Defendants Defenders of Wildlife, Humane Society of the United States, and Born Free USA's Cross-Motion for Summary Judgment in the SCI Action, ECF No. 70, is **GRANTED**; and it is further

**ORDERED** that the Defendant-Intervenor Friends of Animals' Cross-Motion for Summary Judgment in the SCI Action, ECF No. 73, is **GRANTED**; and it is further

**ORDERED** that the Defendant-Intervenor Friends of Animals' Motion to Dismiss in the EWA Action, ECF No. 47, is **DENIED**; and it is further

**ORDERED** that the Plaintiffs' Motion to Supplement the Administrative Record in the EWA Action, ECF No. 76, is **DENIED**; and it is further

**ORDERED** that the Plaintiff Exotic Wildlife Association's Motion for Summary Judgment in the EWA Action, ECF No. 78, is **DENIED**; and it is further

**ORDERED** that the Intervenor-Defendants Defenders of Wildlife, Humane Society of the United States, and Born Free USA's Cross-Motion for Summary Judgment in the EWA Action, ECF No. 83, is **GRANTED**; and it is further

**ORDERED** that the Federal Defendants' Cross-Motion for Summary Judgment in the EWA Action, ECF No. 84, is **GRANTED**; and it is further

**ORDERED** that Friends of Animals' Cross-Motion for Summary Judgment (Lack of Standing) in the EWA Action, ECF No. 87, is **DENIED**; and it is further

**ORDERED** that the Owen Plaintiffs' Motion for Summary Judgment, ECF No. 43, is **DENIED AS MOOT**.[1]

**SO ORDERED.**

**DATE:** August 9, 2013

*This is a final, appealable Order.*

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge

---

[1] As noted in the accompanying Memorandum Opinion, a third case, *Owen v. United States Department of the Interior*, 12-cv-00194, was previously part of this consolidated action. The Owen case, however, was dismissed with prejudice per the parties' Stipulated Settlement Agreement, in which the federal defendants agreed to a timetable for making findings on the SCI and Owen plaintiffs' petitions to delist the U.S. captive herds of the three antelope species. *See* Stipulated Settlement Agreement and Proposed Order of Dismissal, ECF No. 94; Order (June 13, 2012), ECF No. 95.