IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALLY JEWELL, in her official capacity )<br>as Secretary of the Department of the Interior, )<br>*et al*. )<br>)<br>Defendants, )<br>)<br>_____ ) | No. 11-cv-01564(BAH) |

**CIVIL NOTICE OF APPEAL**

Notice is hereby given this 2ND day of October 2013, that Plaintiff/Appellant Safari Club International hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order (Dkt. 119) and Memorandum Opinion (Dkt. 120), both entered on the 9th day of August 2013, in favor of Defendants/Respondents Sally Jewell in her official capacity as Secretary of the U.S. Department of the Interior, Daniel M. Ashe in his official capacity as Director of the U.S. Fish and Wildlife Service, and the United States Fish and Wildlife Service and in favor of Intervenor-Defendants/Respondents Defenders of Wildlife, Humane Society of the United States, and Born Free USA, and in favor of Defendant-Intervenor/Respondent Friends of Animals.

Dated this 2nd day of October, 2013.

Respectfully submitted,

/s/ Anna M. Seidman
Anna M. Seidman
Douglas S. Burdin
Safari Club International
501 2nd Street NE
Washington, D.C.   20002
Tel:  202-543-8733
Fax:  202-543-1205
aseidman@safariclub.org
dburdin@safariclub.org
Counsel for Plaintiff/Appellant,
Safari Club
International

2